UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| BREASIA JAMES,<br><br>        Plaintiff,<br><br>   v.<br><br>CARAVAN FACILITIES MANAGEMENT, LLC and FORGE INDUSTRIAL STAFFING, INC.,<br><br>        Defendants. | **Case No.** _____<br><br>**NOTICE OF REMOVAL OF CIVIL ACTION TO THE UNITED STATES DISTRICT COURT** |

## NOTICE OF REMOVAL

Defendant, Forge Industrial Staffing, Inc. ("Forge"), by and through its attorneys, Baker & McKenzie LLP, pursuant to 28 U.S.C. §§ 1331, 1441 & 1446, hereby files this Notice of Removal, based on federal question jurisdiction, to effect the removal of the above-captioned action from the Allen Superior Court of Allen County, Indiana, to the United States District Court for the Northern District of Indiana, Fort Wayne Division, and states that removal is proper for the following reasons:

## BACKGROUND

1.      On May 26, 2021, Plaintiff, Breasia James, filed a civil complaint (herein "Complaint") against Forge and Caravan Facilities Management, LLC ("Caravan") in the Allen Superior Court of Allen County, Indiana, case number 02D01-2105-CT-000289.

2.      A true and correct copy of the Complaint and Summons in this action, as served upon Forge, is attached hereto as Exhibit A.

3.     The Complaint alleges one cause of action for discrimination under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e *et seq*. and 42 U.S.C. § 1981.

4.     On June 18, 2021, Forge was served with a Summons and the Complaint. *See* Exhibit A.

5.     Forge has not yet filed an Answer or otherwise appeared in the Superior Court.

## TIMELINESS OF REMOVAL

6.     Because Plaintiff served the Complaint upon Forge on June 18, 2021 this Notice of Removal is timely, as it is filed within thirty days of the date the Complaint was served. *See* 28 U.S.C. § 1446(b); *Murphy Bros., Inc. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344, 354 (1999) (holding that the thirty-day deadline to remove commences upon service of the summons and complaint).

## REMOVAL ON THE BASIS OF FEDERAL QUESTION JURISDICTION

7.     Plaintiff's Complaint alleges violations of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e *et seq*., and 42 U.S.C. § 1981. *See* Complaint ¶¶ 13, 15. Because this action arises under laws of the United States, this Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1331. Accordingly, this action is removable to this Court pursuant to 28 U.S.C. § 1441(a).

## VENUE

8.     Pursuant to 28 U.S.C. § 144l(a), "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending."

9.     Under 28 U.S.C. § 94(a)(1), this Court embraces the Allen County Superior Court. Accordingly, this Court is the appropriate Court under this statute to remove this action. 28 U.S.C. § 1441(a).

**NOTICE OF REMOVAL**

10.     Forge will give notice of the filing of this Notice of Removal to Plaintiff and to the Clerk of the Allen Superior Court of Allen County, Indiana, case number 02D01-2105-CT-000289. This Notice of Removal is concurrently being served on Plaintiff.

11.     In compliance with 28 U.S.C. § 1146(a), true and correct copies of all processes, pleadings, and orders served in this action are attached hereto. *See* Exhibits A.

**PRAYER FOR REMOVAL**

12.     WHEREFORE, Forge respectfully prays that this matter, now pending in the Allen Superior Court of Allen County, Indiana, case number 02D01-2105-CT-000289 be removed to the United States District Court for the Northern District of Indiana, Fort Wayne Division.


 Dated:  July 9, 2021                              Respectfully submitted,

                                                   BAKER & MCKENZIE LLP


                                                   By: */s/ William F. Dugan*
                                                        William F. Dugan
                                                        Attorney for Defendants

                                                   William F. Dugan
                                                   william.dugan@bakermckenzie.com
                                                   **BAKER & McKENZIE LLP**
                                                   300 E. Randolph St., Suite 5000
                                                   Chicago, IL 60601
                                                   Telephone: +1 312 861 8000
                                                   Facsimile: +1 312 861 2899

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 9, 2021, I served the foregoing document and all exhibits thereto via mail and/or email on

Counsel for Plaintiff,
Christopher C. Myers, Christopher C. Myers & Associates,
809 South Calhoun Street, Suite 400,
Fort Wayne, Indiana 46802
cmyers@myers-law.com

      AND

Caravan Facilities Management
1400 Weiss St. Saginaw,  MI 48602

By: _/s/ William F. Dugan_____
      William F. Dugan