02D01-2105-CT-000289

Filed: 5/26/2021 11:17 A
Cle
Allen County, India

Allen Superior Court 1

| STATE OF INDIANA | ) | | IN THE ALLEN SUPERIOR COURT |
| --- | --- | --- | --- |
| | ) | SS: | |
| COUNTY OF ALLEN | ) | | CAUSE NO._____ |

BREASIA JAMES, )
)
    Plaintiff, )
)
v. )
)
CARAVAN FACILITIES )
MANAGEMENT, LLC and )
FORGE INDUSTRIAL )
STAFFING, INC.; )
)
    Defendants. )

## COMPLAINT

COMES NOW Plaintiff, by counsel, and alleges against the Defendants as follows:

1. The Plaintiff is Breasia James, a female resident of Fort Wayne Indiana at all material times to this Complaint.

2. Defendant Caravan Facilities Management, LLC ("Caravan"), is a company doing business in Allen County, State of Indiana. At all material times to this Complaint, the defendant Caravan dually employed the Complainant with Forge Staffing, and was an "employer" for the purposes of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000(e) ("Title VII").

3. Also named as a defendant is Forge Industrial Staffing, Inc., ("Forge"), a company doing business at 1010 W. Coliseum Boulevard A, Fort Wayne, IN 46808. At all material times to this Complaint, Forge co-employed the Plaintiff with Caravan, and like Caravan, was an employer for the purposes of Title VII.

4. The Plaintiff filed Charges of Discrimination, EEOC #470-2021-00410 and EEOC# 470-2021-00411, copies of which are attached hereto, made a part hereof, and incorporated herein as Exhibit "A" and Exhibit "B". The EEOC issued a Dismissal and Notice of Rights/ Notice of Suit Rights in EEOC # 470-2021-00410 on February 25, 2021, and a Dismissal and Notice of Rights/ Notice of Suit Rights In EEOC # 470-2021-00411 on March 1, 2021, attached hereto and made a part hereof as Exhibit "C" and Exhibit "D". All required administrative remedies have been exhausted and all jurisdictional prerequisites have been met for the filing of this lawsuit.

5. Forge Staffing is a temporary job service that placed the Plaintiff at Caravan to perform work as a janitorial/sanitation employee. The Plaintiff worked for Caravan from on about May 14, 2020 until her wrongful termination on about July 13, 2020. She performed within the reasonable expectations of both employers at all material times to this Complaint.

6. On about June 1, 2020, the Plaintiff's male supervisor at Caravan subjected the Plaintiff to repeated inappropriate, sexually offensive comments and requests. When he learned that she had tattoos that she kept covered when working, he repeatedly insisted that she let him see them. The same supervisor also repeatedly pestered the Plaintiff with requests that she let him look at her personal cell phone, and said he wanted to have it so he could "look for pictures on it". He eventually grabbed the cell phone from the Plaintiff, and told her he wanted specifically to "look for naked pictures" of the Plaintiff.

7. This supervisor also propositioned the Plaintiff, asking her if a friend of hers "liked guys", and if so her, then the supervisor, the Plaintiff and her female friend could go to the supervisor's house for drinks and they could "have some fun".

8. On June 2, 2020, Plaintiff reported the male supervisor's offensive and harassing behavior, to the Plaintiff's contact at Forge. The representative at Forge told the Plaintiff that they would talk to Caravan about the Plaintiff's complaint.

9. The Plaintiff also reported the harassment to a representative of Caravan.

10. The Plaintiff was moved to third shift on June 21, 2020, the Plaintiff was moved to third shift. This adversely changed the conditions and/or benefits of her employment with the two defendants, because third shift involved the Plaintiff having to work less-desirable hours than what she was working before she made her harassment complaints to the defendants.

11. On July 13, 2020, Plaintiff was terminated from her job at Caravan and Forge for an alleged no-call/no show incident. She contends the alleged non-call/no show incident did not occur, and Defendants' proffered reason for the termination was false and pretextual.

12. Forge furthermore failed to provide the Plaintiff with any more work after July 13, 2020.

13. Plaintiff contends that the Defendants, and each of them, discriminated against, harassed, and/or retaliated against her on the basis of her sex (female) and for protesting sexual harassment, in violation of the Plaintiff's federally protected rights under Title VII.

14. Complained of unlawful conduct of the Defendants, and each of them, was the direct and proximate cause of Plaintiff suffering the loss of her job and job-related benefits including income, and also subjected the her to inconvenience, mental anguish, emotional distress, and other damages and injuries.

15. Defendants' conduct was intentional, knowing, willful, wanton, and in reckless disregard of the Complaint's rights under Title VII. Therefore, Plaintiff is entitled to punitive damages against each of the Defendants.

WHEREFORE, Plaintiff respectfully requests judgment against the Defendants, and each of them, for compensatory damages, punitive damages, reasonable attorney fees and costs, and all other just and proper relief in the premises.

Respectfully submitted,

**CHRISTOPHER C. MYERS & ASSOCIATES**

/s/Christopher C. Myers
Christopher C. Myers, #10043-02
809 South Calhoun Street, Suite 400
Fort Wayne, IN 46802
Telephone:   (260) 424-0600
Facsimile:   (260) 424-0712
E-mail:   cmyers@myers-law.com
Counsel for Plaintiff